IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KAREN J. SAMPSON,

    PLAINTIFF

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    DEFENDANT

CIVIL ACTION No. 5:07-cv-73

## ORDER

This cause came to be heard upon Plaintiff's motion to allow an extension of time in which to file Objections to the Magistrate Judge's Report and Recommendation.

UPON CONSIDERATION WHEREOF, an for good cause shown, Plaintiff is GRANTED an extension of time up to and including January 14, 2008, for filing Objections to the magistrate Judge's Report and Recommendation in this case.

ENTER THIS ORDER on the 18th day of January, 2008.

_____
U.S. DISTRICT COURT JUDGE